1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF WASHINGTON

10

DIRECTV, INC., a California      )
11 corporation,                     )
                                   )        No. CV-04-300-MWL
12           Plaintiff,            )
        vs.                        )        ORDER RE: PERMANENT
13                                 )        INJUNCTION
CURTIS BENNETT,                    )
14                                 )
           Defendant.             )
15                                 )
_____)
16

17        Based on the stipulation of the parties, it is **ORDERED**

18 that the following permanent injunction is entered:

19        1. Defendant Curtis Bennett , and any persons or entities

20 controlled directly or indirectly by him, are hereby permanently

21 enjoined and restrained from:

22        (a) receiving or assisting others in receiving DIRECTV's

23 satellite transmissions of television programming without

24 authorization by and payment to DIRECTV;

25        (b) designing, manufacturing, assembling, modifying,

26 importing, exporting, possessing, offering to the public,

27 trafficking, distributing, selling, or using any devices or

28 equipment (including, by way of example, loaders, bootloaders,

1  unloopers, emulators, programmers, reader/writers, or software or

2  components therefor) designed or intended to facilitate the

3  reception and decryption of DIRECTV's satellite transmissions of

4  television programming by persons not authorized to receive such

5  programming;

6      (c) advertising the sale of any devices or equipment

7  (including, by way of example, loaders, bootloaders, unloopers,

8  emulators, programmers, reader/writers, or software or components

9  therefor) designed or intended to facilitate the reception and

10 decryption of DIRECTV's satellite transmissions of television

11 programming by persons not authorized to receive such programming,

12 and advertising or providing information or technical services in

13 support thereof; or

14     (d) reverse engineering or attempting to reverse engineer any

15 of DIRECTV's products, services or technologies, including without

16 limitation the encryption and security controls for for the

17 DIRECTV satellite system.

18     2. This permanent injunction shall apply to the defendant's

19 activities worldwide, and shall aply with the same force and

20 effect to the DIRECTV Latin America (also known as Galaxy Latin

21 America) satellite system, and to any other direct broadcast

22 satellite system or related business in which DIRECTV has a

23 financial or other interest, now or in the future and, in

24 particular, to any satellite interests owned by News Corp., NDS

25 Americas, Inc. Or related companies including Sky Latin America.

26     3. Defendant, and any persons or entities controlled directly

27 or indirectly by him, are hereby permanently enjoined and

28 restrained from:

1     (a)   investing or holding any financial interest in any
2  enterprise which the defendant knows is now, or planning in the
3  future, to engage in any of the activities prohibited by this
4  permanent injunction; or

5     (b)   knowingly allowing any persons or entities which he
6  controls, either directly or indirectly, to engage in any of the
7  activities prohibited by this permanent injunction.

8     4.   In the event that the defendant becomes aware that an
9  enterprise in which he has invested or holds any financial
10 interest is engaged in any of the activities prohibited by this
11 permanent injunction, the defendant agrees to immediately divest
12 himself of any such investment or financial interest and to
13 promptly notify DIRECTV of the same.

14    5.   The Court shall retain jurisdiction to entertain such
15 further proceedings and to enter such further orders as may be
16 necessary or appropriate to implement and/or enforce the
17 provisions of this permanent injunction. The defendant
18 specifically consents to personal jurisdiction and venue in the
19 United States District Court, for the Eastern District of
20 Washington.

21    6. Upon proof of any violations by the defendant of the
22 provisions of this permanent injunction, the Court shall be
23 authorized to award damages to DIRECTV for losses sustained prior
24 to the date of this permanent injunction, in addition to any other
25 damages or other relief authorized by law.

26           DATED this 15th day of June, 2005.

27
                              s/ Michael W. Leavitt
28                            MICHAEL W. LEAVITT
                              UNITED STATES MAGISTRATE JUDGE