IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CURTIS BENNETT,<br><br>　　　　Defendant.<br>_____ | NO. CV-04-300-MWL<br><br>ORDER GRANTING MOTION<br>TO DISMISS WITH PREJUDICE |

　　　The parties have jointly moved to dismiss this case with prejudice and without attorneys' fees or costs. (Ct. Rec. 14.) Based on the stipulation of the parties, the joint motion to dismiss without prejudice and without attorneys' fees or costs is **GRANTED.**

　　　　　　DATED this 15th day of June, 2005.

　　　　　　　　　　　　　　　　s/ Michael W. Leavitt
　　　　　　　　　　　　　　　　MICHAEL W. LEAVITT
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE